## SALES, RESPONDENT, *v.* NORTHERN PACIFIC RAILROAD COMPANY, APPELLANT.

[Submitted May 13, 1896  Decided May 25, 1896.]

See *syllabus* and opinion in *Moore* v. *Northern Pacific Railroad Company, ante,* page 290.

*Appeal from Ninth Judicial District, Gallatin County.*

*Cullen & Toole* and *Fred M. Dudley,* for Appellant.

*Hartman Bros. & Stewart,* for Respondent.

PER CURIAM.—The record in this case presents exactly the same facts, issues and questions involved in *Colburn* v. *Northern Pacific R. R. Co.,* 13 Mont. 476, and *Moore* v. *Northern Pacific R. R. Co.* just decided. Upon the authority of these cases the judgment appealed from in this case is affirmed.

*Affirmed.*